No. 79–1213.  MINNICK ET AL. *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari granted.

No. 79–1356.  JOHNSON ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari granted.

No. 79–1601.  SUMNER, WARDEN *v.* MATA.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–489.  MEROLA *v.* BELL, JUSTICE, SUPREME COURT OF NEW YORK, ET AL.; and

No. 79–561.  NEW YORK NEWS, INC. *v.* BELL, JUSTICE, SUPREME COURT OF NEW YORK, ET AL.  Ct. App. N. Y.  Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN would grant certiorari.  Reported below: 47 N. Y. 2d 985, 393 N. E. 2d 1038.

No. 79–901.  OHIO *v.* KORN, 445 U. S. 911;

No. 79–1216.  SYROVATKA ET UX. *v.* EHRLICH, DIRECTOR, DEPARTMENT OF PUBLIC WELFARE OF NEBRASKA, ET AL., 446 U. S. 935;

No. 79–1297.  VICTORSON ET AL. *v.* UNITED STATES, 446 U. S. 936;

No. 79–6145.  LEE *v.* GARRISON, WARDEN, ET AL., 446 U. S. 967;

No. 79–6175.  HOLMES *v.* FLORIDA, 446 U. S. 913;

No. 79–6262.  JAFFER *v.* ONGIE, CLERK, CITY OF MIAMI, 446 U. S. 943; and

No. 79–6354.  PICKING *v.* HUGHES, GOVERNOR OF MARYLAND, ET AL., 446 U. S. 944.  Petitions for rehearing denied.